UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAY 15 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

CASE NO: 5:13-MJ-1472

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| RICHARDSON, ANTONIO | ) |
| | ) |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about January 31, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, RICHARDSON, ANTONIO, did take, with intent to steal and purloin, the personal property of TIMOTHY THIGPEN to wit, of a value less than $1,000.00, in violation of Title 18, United States Code, Section 661.

## COUNT TWO

THAT, on or about January 31, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, RICHARDSON, ANTONIO, did, wrongfully break or entered into a building, which includes any dwelling, dwelling house, uninhabited house, building under construction, building within the cartilage of a dwelling house, and any other structure designed to

house or secure within it any activity or property, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statue 14-54 (b).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
DAVID A. COLEMAN
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222